# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN CHRISTOPHER CRAIN,<br><br>    Petitioner,<br><br>vs.<br><br>NEVADA PAROLE AND PROBATION, et al.,<br><br>    Respondents. | Case No. 2:16-cv-01828-KJD-CWH<br><br>**ORDER** |

The court directed petitioner to show cause why this action should not be dismissed under 28 U.S.C. § 2244(b) because it is a second or successive petition for a writ of habeas corpus for which he has not obtained authorization to file. Petitioner has filed a response (ECF No. 3). Petitioner presents an argument why the court should consider the petition, but he has not presented the one thing that would allow the court to consider the petition: Authorization from the court of appeals. Petitioner knows what he needs to do because, as the court noted in its earlier order, he has filed at least one prior second or successive petition in this court without authorization. The court will dismiss this action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** as a second or successive petition. The clerk of the court shall enter judgment accordingly and close this action.

///

///

-2-

1   IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

2   DATED: October 26, 2016

_____
KENT J. DAWSON
United States District Judge